# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Katie Jackson

                  Plaintiff,

v.                                                  Case No.: 1:24−cv−04178

                                                         Honorable Mary M. Rowland

Walgreen Pharmacy Services Midwest, LLC

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: After considering the briefing, the Court grants the defendant's motion [23] to stay Plaintiff's motion to certify class Plaintiff's Pre−Discovery Motion for Conditional Collective Action. This is depending on Walgreen's agreeing to toll the status of limitations for all potential members of a collective action while Richards v. Eli Lilly & Co., Appeal No. 24−8017 is pending in the court of appeal. The parties are to confer and commit this agreement to writing by 4/7/25. I am staying this matter because of the issues presented in this case and do not believe that all FLSA collective actions should be stayed in light of Richards. Because of the stay and for administrative purposes, the court denies without prejudice Plaintiff's motion to certify a collective action [17]. Plaintiff will be free to resubmit is as is or with modification following the ruling from the Seventh Circuit. Parties have exchanged Rule 26(a)(1) disclosures. Parties are to file a status report by 4/30/25 reporting whether it would be productive to conduct other limited discovery while the collective action briefing is stayed. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.